IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASMINE C. SMITH, *for JTH*, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:07cv890-WC |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon review of the Transcript (Doc. #17) filed in this case, the Court observes that page 253 is missing. Accordingly, it is

ORDERED that Defendant shall file the missing page with the Court **on or before June 20, 2008**.

DONE this 13th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE