IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASMINE C. SMITH, *for JTH*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 1:07cv890 -WC |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

On July 3, 2008, Plaintiff filed an unopposed Motion for an Extension of Time (Doc. #22). Plaintiff requests a ninety-day extension of time in which to file a motion for attorney's fees. The ninety-day period would begin after Plaintiff receives notice of any award of past-due benefits. Accordingly, it is

ORDERED that the Motion (Doc. #22) is GRANTED.

DONE this 8th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE